# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**LINDEN RALPH MOSES,**
Agency No.: A098-240-790,

    Petitioner,

vs.                                    Case No. 4:11cv16-MP/WCS

**ERIC H. HOLDER, JR., et al.,**

    Respondents.

_____/

## REPORT AND RECOMMENDATION

Petitioner, proceeding *pro se*, filed a petition seeking a writ of habeas corpus under § 2241[1] on January 14, 2011. Doc. 1. An order was entered directing service of the petition on February 16, 2011. Doc. 3. On March 10, 2011, Respondents filed a motion to dismiss asserting that this case is moot because Petitioner has received the relief sought in this case, release from detention. Doc. 11.

---

[1] Petitioner alleged that Respondents are unable to effect his removal yet refuse to release him. Doc. 1, p. 2. Petitioner, a native of Guyana, is not challenging the validity of the removal order, only his indefinite detention under <u>Zadvydas v. Davis</u>, 533 U.S. 678 (2001). *Id.,* at 1-2.

Attached to the motion to dismiss, doc. 11, is an exhibit which shows Petitioner was released under an order of supervision on January 18, 2011, because Guyana declined to issue travel documents for Petitioner. Doc. 11, p. 2; Exhibit 1. Because Petitioner has been afforded the relief he sought, release from detention, this § 2241 petition should be dismissed as moot. Furthermore, the docket reveals that mail to Petitioner has already been returned as undeliverable because Petitioner is no longer in detention. Doc. 7. Because Petitioner has not filed a notice of change of address with this Court, it also appears that Petitioner has abandoned this litigation in light of the fact that there is no longer a controversy between the parties.

In light of the uncontested assertion by Respondents, it is respectfully **RECOMMENDED** that the § 2241 petition filed by Petitioner Linden Ralph Moses be **DISMISSED as moot** since he has been released from detention.

**IN CHAMBERS** at Tallahassee, Florida, on March 14, 2011.

    s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**